IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRESLYN C. PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-6C |
| | ) | (Sr. Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including April 3, 2008, to file a response to the complaint. Our response is currently due on March 3, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiffs' counsel stated that plaintiff does not oppose this enlargement.

The enlargement is requested because undersigned counsel of record for defendant requires additional time to confer and coordinate our response with the interested agency, the Department of Education. The enlargement is also requested because of counsel of record's current workload, which includes responding to a complaint in Oriska Insurance Company v. United States, Court of Federal Claims No. 2007-768, due February 29, 2008, drafting a reply brief in Scott A. Austen et. al v. United States, Court of Federal Claims No. 2007-589, due March 10, 2008, and drafting a motion for summary judgment in Lakeland Partners LLC v. United States, Court of Federal Claims No. 2006-295, due March 17, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion

for an enlargement of time of 30 days, to and including April 3, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

February 22, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 22nd day of February, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore