IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRESLYN C. PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-6C |
| v. | ) | |
| | ) | (Sr. Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the attorney for Plaintiff, Treslyn C. Patterson, respectfully requests a 14-day enlargement of time, to and including June 16, 2008, to file a response to the Defendant's Motion to Dismiss. Our response is currently due on June 2, 2008. This is Plaintiff's second request for an enlargement of time for this purpose. Plaintiff's counsel has spoken with Defendant's counsel about this enlargement of time. Defendant's counsel stated that Defendant does not oppose this enlargement.

The enlargement is requested because undersigned counsel of record for Plaintiff requires additional time to prepare Plaintiff's response. The enlargement is also requested because of counsel of record's current workload, which includes scheduled trials in the state district courts in Dallas County, Texas.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant her motion for an enlargement of time of 14 days, to and including June 16, 2008, within which to file a response to the Defendant's Motion to Dismiss.

Respectfully submitted,

**CLARK ASHWORTH MILBY, RLLP**

By: /s/ W. Pruitt Ashworth

W. Pruitt Ashworth

1401 Elm, Suite 3404
Dallas, Texas 75202
(214)220-1210
(214)220-1218 (Telecopy)
ATTORNEYS FOR TRESLYN C. PATTERSON

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of June, 2008, a copy of Defendant's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ W. Pruitt Ashworth
W. Pruitt Ashworth