# In the United States Court of Federal Claims

* * * * * *

TRESLYN C. PATTERSON *

Plaintiff, * No. 08-6C

v. * Filed: June 3, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Plaintiff's motion for an enlargement of time to respond to the Government's motion to dismiss is GRANTED. Plaintiff's response will be filed no later than June 16.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge