# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | | |
| TRESLYN C. PATTERSON | * | |
| Plaintiff, | * | No. 08-6C |
| v. | * | Filed: June 23, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | | |

**ORDER**

Defendant's motion for an enlargement of time to file its reply is GRANTED. Defendant's reply will be filed no later than July 17.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge